UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NETARI MITCHELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00226-O |
| | § | |
| **GENERAL MOTORS, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court received notification that the Parties settled the instant dispute. As a result, the Court ordered the Parties to file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before November 28, 2024.** ECF No. 11. The Court granted an extension of the deadline on December 3, 2024, ordering the parties to file appropriate dismissal papers **no later than December 13, 2024.** *See* ECF No. 12. In the Court's December 3, 2024 Order the Court informed the parties "[s]hould parties fail to comply, this case will be dismissed." *Id.* As of the date of this Order, the Parties have yet to file such papers as Ordered.

Since the Parties reached a meeting of the minds regarding settlement, subsequent disputes regarding enforcement of the settlement agreement sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **16th day of December 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1